```
MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

JOSHUA HILL (CABN 250842)
Assistant United States Attorney

    1301 Clay Street, Suite 340-S
    Oakland, California 94612
    Telephone:  (510) 637-3680
    Facsimile:  (510) 637-3724
    E-Mail:     Joshua.Hill2@usdoj.gov

Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 4-12-70399-MAG |
| ) | |
| Plaintiff, ) | STIPULATION AND [~~PROPOSED~~] ORDER REQUIRING DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL |
| v. ) | |
| QUYNH TRAN, ) | |
| Defendant. ) | |

IT IS HEREBY STIPULATED AND AGREED between the plaintiff through its attorney, Joshua Hill, and the defendant through the undersigned attorney, that the status hearing presently set for April 19, 2012, be vacated, and the defendant ordered to appear in the district where the charges are pending to answer those charges.

IT IS SO STIPULATED:

Dated: April 17, 2012                          /S/
                                               ROBERT WAGGENER
                                               Attorney for Defendant

Dated: April 17, 2012                          /S/
                                               JOSHUA HILL
                                               Assistant United States Attorney

STIP. AND [~~PROPOSED~~] ORDER
No.  4-12-70399-MAG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>QUYNH TRAN,<br><br>Defendant. | No. 4-12-70399-MAG<br><br>[PROPOSED] ORDER REQUIRING DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL |

GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that the hearing in this matter now scheduled for April 19, 2012 is hereby vacated.

IT IS FURTHER ORDERED, that the defendant is ordered to appear in the district court where the charges are pending to answer those charges. The time and place to appear in that court are: United States Courthouse, Western District of Pennsylvania, 700 Grant Street, Pittsburgh, PA 15219, Courtroom 7B before the Honorable Chief Magistrate Judge Lisa P. Lenihan on April 25, 2012 at 10:30 a.m. The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

DATED: 04/17/12

HON. KANDIS A. WESTMORE
United States Magistrate Judge

STIP. AND [PROPOSED] ORDER
No. 4-12-70399-MAG